JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN KNOWLSON DODGE,<br><br>    Defendant. | No. CR17-015-RSL<br><br>~~(PROPOSED)~~ ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE |

This matter has come before the Court on Brian Dodge's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Brian Dodge's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this __31st__ day of July 2019.

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Christopher Sanders*
Assistant Federal Public Defender
Attorney for Brian Dodge

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*Brian Dodge*, CR17-015-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100